# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN CRUZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of the Social Security )<br>Administration, )<br>)<br>Defendant. ) | Case No. CIV-16-621-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Charles B. Goodwin entered August 31, 2017. Doc. No. 18. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED this 19th day of September, 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE